The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>TIFFANY YOUNGER,<br><br>                Defendant. | No. CR18-131 RAJ<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

This matter comes before the Court upon attorney Chris Black's motion to withdraw as counsel for Defendant Tiffany Younger. Having considered the facts set forth in the motion, and the balance of the record, the Court finds good cause to, and hereby does, GRANT the motion (Dkt. 1806). The Court ORDERS that Mr. Black is withdrawn as counsel and directs the clerk to terminate ECF notices to him.

DATED this 14th day of August, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL - 1

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401